# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01247-BNB

STEVE BUCHANAN,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp – Florence,

    Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 0 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's motion to certify the class and for appointment of counsel to represent the class filed on May 29, 2009, is DENIED.

Dated: June 10, 2009

Copies of this Minute Order mailed on June 10, 2009, to the following:

Steve Buchanan
Reg No. 10115-073
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

_____
Secretary/Deputy Clerk